**1471-14**

# ELECTRONIC RECORD

CCA #  09-14-00232-CR

OFFENSE:  Appeal From an Order Granting Motion for New Trial

STYLE:  The State of Texas v. Kevin Dashawn Sneed

PUNISHMENT:

COUNTY:  Montgomery

TRIAL COURT:  9th District Court

TRIAL COURT #:  12-12-13526 CR

TRIAL COURT JUDGE:  Judge Kelly W. Case

DISPOSITION:  REVERSED AND REMANDED

Appellee's  MOTION
FOR REHEARING IS:  OVERRULED
DATE:  10-09-14
JUDGE:  PER CURIAM

DATE:  09-24-14

Chief Justice
JUSTICE:  Steve McKeithen  PC  NO  S  YES
PUBLISH:  NO  DNP:  YES

CLK RECORD:  06-05-14
RPT RECORD:  06-02-14
STATE/APP BR:  07-03-14
APE BR:  08-01-14

SUPP CLK RECORD:
SUPP RPT RECORD:
SUPP BR:  08-05-14
PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

CCA #  **1471-14**

- - - - - - - - - - -

_APPELLEE'S_  Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_REFUSED_
DATE:  _02/11/2015_
JUDGE:  _Per Curiam_

Disposition:
DATE:
JUDGE:
SIGNED:  PC:
PUBLISH:  DNP:

- - - - - - - - - - -

_____ MOTION FOR REHEARING IN
CCA IS:  _____ ON _____
JUDGE:  _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE:  _____